**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Robert J. DEMELLO, Jr.,
Defendant–Appellant.**

**No. 12–13125.**

United States Court of Appeals,
Eleventh Circuit.

March 4, 2013.

R. Brian Tanner, James D. Durham, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, Nancy Greenwood, Stephen Thomas Inman, David M. Stewart, U.S. Attorney's Office, Augusta, GA, for Plaintiff–Appellee.

Charles Mayers, Law Offices of Charles Mayers, Augusta, GA, Robert J. Demello, Jr., Fci Fort Dix–Inmate Legal Mail, Fort Dix, NJ, for Defendant–Appellant.

1361.

Before MARCUS, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Charles C. Mayers, appointed counsel for Robert J. Demello, Jr., in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Demello's conviction and sentence are **AFFIRMED.**